LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1240 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| MATTIE WILSON, | ) | No.  EDCV 08-1713 FFM |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| MICHAEL J. ASTRUE, | ) |  |
| Commissioner Of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

    DATE:  October 12, 2010

                   /S/ FREDERICK F. MUMM

                HON. FREDERICK F. MUMM
                UNITED STATES MAGISTRATE JUDGE